1 | Tanya E. Moore, SBN 206683
  | MOORE LAW FIRM, P.C.
2 | 332 North Second Street
  | San Jose, California 95112
3 | Telephone (408) 298-2000
  | Facsimile: (408) 298-6046
4 |
5 | Attorney for Plaintiff Daniel Delgado

6 | Bruce A. Neilson #096952
  | 7108 N. Fresno St. #190
  | Fresno, California 93720
7 | Telephone (559) 432-9831
  | Facsimile (559) 432-1837
8 |
9 | Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| DANIEL DELGADO, ) | CASE NO. 1:11-CV-02016-AWI-SKO |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER SETTING |
| vs. ) | ASIDE DEFAULT |
| ) | |
| KIRPAL SINGH SANDHU, RUPINDER ) | |
| SANDHU, AND NARINDER SINGH, DBA ) | |
| CIRCLE 6 EXXON AKA VALERO HEADER ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendants Kirpal Singh Sandhu, Rupinder Sandhu, and Narinder Singh, dba Circle 6 Exxon aka Valero Header ("Defendants"), by and through their respective counsel, as follows:

    1.    On February 21, 2012, the Clerk of the Court entered default against Defendants Kirpal Singh Sandhu, Rupinder Sandhu, Narinder Singh and Kanta Singh (the "Default").

    2.    The Default was the result of mistake, inadvertence and excusable neglect inasmuch as the business manager, Narinder Singh was in India, as a result of the death of Kanta Singh, from November of 2011 until April 2, 2012, and as a result, no steps were taken to respond to the complaint left at the business in December of 2011.

    2.   Plaintiff will not be prejudiced by setting aside the Default and the Default was not the result of bad faith.

    3.   Plaintiff and Defendants therefore stipulate and request that the Court set aside the Default pursuant to Federal Rule of Civil Procedure 55(c), and that Defendants be required to file an answer to Plaintiff's complaint within five (5) days thereafter.

IT IS SO STIPULATED.

                                    MOORE LAW FIRM, PC

Dated: April 12, 2012                  /s/Tanya Moore
                                          Tanya Moore, Attorney for Plaintiff
                                          Daniel Delgado

Dated: April 12, 2012                  /s/Bruce A. Neilson
                                          Bruce A. Neilson, Attorney for Defendants

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 55(c), the defaults entered against Defendants Kirpal Singh Sandhu, Rupinder Sandhu, Narinder Singh and Kanta Singh are hereby set aside, and that Defendants shall file an answer to Plaintiff's complaint within five (5) days of this Order.

IT IS SO ORDERED.

**Dated:   April 20, 2012**                  /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE