```
 1  Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
 2  332 North Second Street
    San Jose, California 95112
 3  Telephone (408) 298-2000
    Facsimile:  (408) 298-6046
 4
    Attorney for Plaintiff Daniel Delgado
 5
    Bruce A. Neilson #096952
 6  7108 N. Fresno St. #190
    Fresno, California  93720
 7  Telephone (559) 432-9831
    Facsimile (559) 432-1837
 8
    Attorney for Defendants
 9
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| DANIEL DELGADO,        ) | CASE NO. 1:11-CV-02016-AWI-SKO |
|        Plaintiff,     ) | |
|                        ) | STIPULATION AND ORDER SETTING |
| vs.                    ) | ASIDE DEFAULT |
|                        ) | |
| KIRPAL SINGH SANDHU, RUPINDER ) | |
| SANDHU, AND NARINDER SINGH, DBA ) | |
| CIRCLE 6 EXXON AKA VALERO HEADER ) | |
|                        ) | |
|        Defendants.    ) | |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendants Kirpal Singh Sandhu, Rupinder Sandhu, and Narinder Singh, dba Circle 6 Exxon aka Valero Header ("Defendants"), by and through their respective counsel, as follows:

   1.   On February 21, 2012, the Clerk of the Court entered default against Defendants Kirpal Singh Sandhu, Rupinder Sandhu, Narinder Singh and Kanta Singh (the "Default").

   2.   The Default was the result of mistake, inadvertence and excusable neglect inasmuch as the business manager, Narinder Singh was in India, as a result of the death of Kanta Singh, from November of 2011 until April 2, 2012, and as a result, no steps were taken to respond to the complaint left at the business in December of 2011.

2.   Plaintiff will not be prejudiced by setting aside the Default and the Default was not the result of bad faith.

3.   Plaintiff and Defendants therefore stipulate and request that the Court set aside the Default pursuant to Federal Rule of Civil Procedure 55(c), and that Defendants be required to file an answer to Plaintiff's complaint within five (5) days thereafter.

IT IS SO STIPULATED.

                                            MOORE LAW FIRM, PC

Dated: April 12, 2012                     /s/Tanya Moore
                                                     Tanya Moore, Attorney for Plaintiff
                                                       Daniel Delgado

Dated: April 12, 2012                     /s/Bruce A. Neilson
                                                       Bruce A. Neilson, Attorney for Defendants

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 55(c), the defaults entered against Defendants Kirpal Singh Sandhu, Rupinder Sandhu, Narinder Singh and Kanta Singh are hereby set aside, and that Defendants shall file an answer to Plaintiff's complaint within five (5) days of this Order.

IT IS SO ORDERED.

**Dated:   April 20, 2012**                        /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE

Delgado v. Kirpal Singh Sandhu, et al.                                                       Case No. 1:11-CV-02016-AWI-SKO
Stipulation to Set Aside Default                          2