1   K. Randolph Moore, SBN 106933
    Tanya E. Moore, SBN 206683
2   MOORE LAW FIRM, P.C.
    332 North Second Street
3   San Jose, California  95112
    Telephone (408) 298-2000
4   Facsimile (408) 298-6046
    Email:  tanya@moorelawfirm.com
5
    Attorneys for Plaintiff
6   Daniel Delgado

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  DANIEL DELGADO,                      )  No.  1:11-CV-02016-AWI-SKO
                                         )
12              Plaintiff,               )  **STIPULATION FOR DISMISSAL OF**
                                         )  **ACTION;  ORDER**
13          vs.                          )
                                         )
14                                       )
                                         )
15  KIRPAL SINGH SANDHU, et al.,         )
                                         )
16              Defendants.              )
                                         )
17                                       )
                                         )
18  _____      )

19          IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado, through his

20  attorney of record, and Defendants Kirpal Singh Sandhu, Rupinder Sandhu, Narinder Singh,

21  dba Circle 6 Exxon aka Valero Header ("Defendants") through their attorney of record, the

22  parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure

23  41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

24  Date: September 6, 2012                    MOORE LAW FIRM, P.C.

25

26

27                                             /s/Tanya E. Moore
                                               Tanya E. Moore
28                                             Attorney for Plaintiff Daniel Delgado


*Delgado v. Kirpal Singh Sandhu, et al.*
Stipulation for Dismissal; [Proposed] Order

                            Page 1

1   Date: September 6, 2012                     /s/ Bruce A. Neilson

2                                        Bruce A. Neilson
                                         Attorney for Defendants Kirpal Singh

3                                          Sandhu, Rupinder Sandhu, Narinder Singh,
                                         dba Circle 6 Exxon aka Valero

4                                          Header

5

6                                   **ORDER**

7

8       The parties having so stipulated,

9       IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

10

11

12   IT IS SO ORDERED.

13   Dated:   September 6, 2012

14                                CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Delgado v. Kirpal Singh Sandhu, et al.*
Stipulation for Dismissal; [Proposed] Order