K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>    Plaintiff,<br><br>vs.<br><br>KIRPAL SINGH SANDHU, et al.,<br><br>    Defendants. | No.  1:11-CV-02016-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado, through his attorney of record, and Defendants Kirpal Singh Sandhu, Rupinder Sandhu, Narinder Singh, dba Circle 6 Exxon aka Valero Header ("Defendants") through their attorney of record, the parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 6, 2012                                    MOORE LAW FIRM, P.C.


                                                      /s/Tanya E. Moore
                                                      Tanya E. Moore
                                                      Attorney for Plaintiff Daniel Delgado

| | |
|---|---|
| Date: September 6, 2012 | /s/ Bruce A. Neilson<br>Bruce A. Neilson<br>Attorney for Defendants Kirpal Singh Sandhu, Rupinder Sandhu, Narinder Singh, dba Circle 6 Exxon aka Valero Header |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   September 6, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE